724

■ THEODORE Q. CHILDS, JR., Respondent, v. ROBERT P. PORTER, JR., Doing Business as SMART SET COMPANY, Appellant.— Order, entered on March 27, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ WILLIAM RAMAGE, Respondent, v. ROSHAN TAXI, INC., et al., Appellants. — Order, entered on June 12, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ JANICE PUNER, Plaintiff, and ANNIE PUNER, Appellant, v. FRANCES WIENER et al., Respondents.— Orders, entered on November 8, 1961 and March 7, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ BARBARA ROSS et al., Appellants, v. RALPH SMITH et al., Respondents.— Order, entered on April 11, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ In the Matter of AARON SHEFF, Respondent, v. HENRY STURMAN, Appellant.— Order, entered on April 18, 1962, unanimously affirmed, with $50 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between HERMAN I. ZACHARIA et al., Appellants, and UNDERGARMENT AND NEGLIGEE WORKERS UNION, LOCAL 62, I.L.G.W.U., Respondent.— Order, entered on June 19, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ LILLIAN AMUNDSON, Respondent, v. ANDREW S. AMUNDSON, Appellant.— Order, entered on July 2, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ DANIEL STAMPLER, Appellant, v. TESSIE STAMPLER, Respondent.— Order, entered on June 22, 1962, so far as appealed from unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ FRANK MINUSKIN, Individually and as a Stockholder of MILLER PAINTING CORPORATION, Suing on Behalf of Himself and All Other Stockholders, Similarly Situated, Respondent, v. LOUIS MILLER et al., Appellants.— Order, entered on July 26, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Settle order on notice fixing date for examination to proceed. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ JULIET D. SOTHAM, Respondent, v. JONATHAN H. SOTHAM, Appellant. — Order, entered on July 2, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ BERLIANA CORPORATION, Respondent, v. NARRAGANSETT INDUSTRIES, INC., Appellant, et al., Defendants.— Order, entered on April 11, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ VERNON MURPHY, Appellant, v. NEWS SYNDICATE CO., INC., et al., Respondents.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ REUBEN H. EPSTEIN, Respondent, v. PAUL J. FOLEY, Appellant.— Order, entered on February 20, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.